**WILLIAMS BROTHERS CORPORATION and ZURICH GENERAL ACCIDENT and LIABILITY INSURANCE COMPANY, LTD., v. RUFUS McAMY HICKS and EMPIRE A. HICKS, his wife,· and FLORIDA INDUSTRIAL COMMISSION.**

16 So. (2nd) 432
February 1, 1944
Rehearing Denied February 15, 1944

January Term, 1944
Division B

*McKay, Dixon & DeJarnette* and *A. Lee Bradford,* for appellants.

*Cody Fowler,* for appellees.

PER CURIAM:

Judgment affirmed.

Additional attorney's fee in the sum of $150.00 for services in circuit and Supreme Court to be recovered by appellees from appellants is awarded.

So ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

**JAMES M. MILLER v. CLARENCE G. TILDEN**

16 So. (2nd) 433
February 1, 1944

January Term, 1944
Division A

*G. P. Garrett* and *H. T. Pool,* for appellant.

*Tilden & Hays* and *Jackson A. Cargill,* for appellee.

TERRELL, J.:

The question raised in this case is concluded by our opinion and judgment on rehearing in Tison v. Hyer, et al., decided this date. The judgment appealed from is therefore reversed on authority of the last cited case.

Reversed.

BUFORD, C. J., CHAPMAN and ADAMS, JJ., concur.